UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
INNOVATIVE WAREHOUSE SOLUTIONS, LLC,       JUDGMENT
    23-CV-845 (NGG) (ARL)

    Plaintiff,

    v.

BRIAN ROCHE, individually and in his capacity
as CEO/ Owner or Managing Member of
Liberty Financial USA, LLC, and
LIBERTY FINANCIAL USA,

    Defendants.
------------------------------------------------------------ X

    An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on October 16, 2023, dismissing this action without prejudice for failure to prosecute; it is

    ORDERED and ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Dated: Brooklyn, NY                                             Brenna B. Mahoney
       October 18, 2023                                         Clerk of Court

                                                             By:    /s/*Jalitza Poveda*
                                                                         Deputy Clerk